| Fill in this information to identify the case: |
|---|
| Debtor 1   Jeffrey Allan Clinger |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the:  NORTHERN     District of  FLORIDA (State) |
| Case number  19-30268-KKS |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   Quicken Loans Inc                **Court claim no. (if known):**   6

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX6996

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 4/5/2019, | (5) | $ 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review; | 3/21/2019, | (11) | $ 150.00 |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1  Jeffrey Allan Clinger
         First Name   Middle Name   Last Name

Case number (*if known*)  19-30268-KKS

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Austin  Noel
   Signature

Date  4/26/2019

Print:  Austin    Noel
    First Name   Middle Name   Last Name

Title  Bankruptcy Attorney

Company  McCalla Raymer Leibert Pierce, LLC, attorney for Quicken Loans Inc.

Address  110 S.E. 6th Street, Suite 2400
    Number   Street
Ft. Lauderdale    FL    33301
    City    State    ZIP Code

Contact phone  813-774-6221

Email  Austin.Noel@mccalla.com

***If the Debtor and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation.  If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**In re:**                              )
                                        ) **Case No.** 19-30268-KKS
Jeffrey Allan Clinger                   ) **Chapter** 13
                                        )
                                        ) **JUDGE:** Karen K. Specie
                                        )

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees:                                                          $500.00
  - 04/05/2019    Preparation and Filing of Proof of Claim    $500.00

- Other:                                                                                    $150.00
  - 03/21/2019    Review and Analysis of Schedules, Plan, Docket, Loan Docs    $150.00

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-30268-KKS |
|  | Chapter: 13 |
| Jeffrey Allan Clinger | Judge: Karen K. Specie |

## CERTIFICATE OF SERVICE

I, Austin Noel, of McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jeffrey Allan Clinger
1937 Aurora Dr.
Navarre, FL 32566

Amy Logan Sliva                               *(served via ECF at amysliva@cox.net)*
Law Office of Amy Logan Sliva
313 W. Gregory St.
Pensacola, FL 32502

Leigh D. Hart                                 *(served via ECF at ldhdock@earthlink.net)*
P.O. Box 646
Tallahassee, FL 32302

United States Trustee                         *(served via ECF at USTPRegion21.TL.ECF@usdoj.gov)*
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    4/26/2019        By:    */s/Austin Noel*
                  (date)                Austin Noel
                                        Florida BAR No. 106539
                                        Attorney for Quicken Loans Inc.